Eastern District of Kentucky
**F I L E D**

AUG 2 3 2012

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  SUPERSEDING INDICTMENT NO. 12-CR-28-S-ART
21 U.S.C. § 846

EUGENE SLONE,
RUTH BECKNER,
LARRY SMITH,
ANGELA SMITH,
STEPHEN SHANE SLONE,
DANVILLE LITTLE,
MALLA McCOWN,
CURTIS VENTERS,
MORGAN JOSEPH,
TONY SHORT,
AMANDA SHORT, and
JASON SPARKMAN

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about a day in November of 2009, and continuing through on or about July 26, 2012, in Clay, Knott, Letcher, and Perry Counties, in the Eastern District of Kentucky, and elsewhere,

EUGENE SLONE,
RUTH BECKNER,
LARRY SMITH,
ANGELA SMITH,
STEPHEN SHANE SLONE,
DANVILLE LITTLE,
MALLA McCOWN,
CURTIS VENTERS,
MORGAN JOSEPH,

## TONY SHORT,
## AMANDA SHORT, and
## JASON SPARKMAN

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

_____

_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.